IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GERALD EUGENE BROCKINGTON,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; Sgt. CHRIS TARVER;
Sgt. JONATHAN EVANS; JOHN W.
PAUL; and ROBERT TOOLE,

    Defendants.

CIVIL ACTION NO.: CV614-008

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that his cause of action should not be dismissed because his claims were clear and concise and revealed that Defendants violated his Eighth Amendment rights. Plaintiff also contends that having the named Defendants undergo polygraph examinations would reveal that they were aware that Georgia State Prison is not a safe environment. Even accepting Plaintiff's contentions as true, Plaintiff fails to show that he is entitled to his requested injunctive relief.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' unopposed Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, with prejudice, based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 8 day of Jan, 2015.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA