# United States District Court
## *Southern District of Georgia*

Gerald Eugene Brockington

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-8

Sgt. Chris Tarver et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated January 8, 2015, adopting the Report and

Recommendation of the Magistrate Judge; granting Defendant's Motion to Dismiss. This action

stands closed.



| | |
|---|---|
| January 8, 2015 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |